United States District Court
Southern District of Texas
**ENTERED**
February 21, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:24–cr–00543 |
| § | |
| Michael H Dunphy § | |

# ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Detention Hearing
February 24, 2025 at 09:00 AM
Courtroom 704
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 20, 2025

_____
Dena Hanovice Palermo
United States Magistrate Judge