UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § |
| | §   **CRIMINAL ACTION NO. 4:24-CR-** |
| **VS.** | § **00543** |
| | § |
| **JOHN M PFEFFER,** *et al.*, | § |
| | § |
| Defendants. | § |

## NOTICE OF SETTING

Hearing: Motion hearing

Date: 8/29/25

Time: 2:00 p.m.

Has been set before:

Judge Keith P. Ellison

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.

Enter Meeting ID: 160 7362 7986#

No participant ID − press #, Followed by Passcode: 3716#.

Nathan Ochsner, Clerk                                      Date: August 20, 2025

By Deputy Clerk: A. Rivera